Commonwealth *v.* Bubb, Appellant.
Commonwealth *v.* Bubb, Appellant.

Submitted September 14, 1973.  *John P. Campana,* and *Campana & Campana,* for appellants; *Harry C. Fithian, Jr.,* First Assistant District Attorney, and *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.